# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TROY D. WADE

NO. 2023 KW 0742

**OCTOBER 23, 2023**

---

In Re:     Troy D. Wade, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 08-00-0357.

---

**BEFORE:  WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.**
Relator's writ application is granted in part for the sole
purpose of remanding the matter to the district court to amend
relator's September 4, 2003 minute entry and relator's
commitment order to reflect that relator was convicted of
attempted aggravated rape, if it has not already done so.  In
all other respects, the writ application is denied.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT